USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WIAV SOLUTIONS INC.,

                              Plaintiff,

         -against-

HTC CORPORATION,

                              Defendant.

-----------------------------------------------------------------X

19-CV-4978 (PGG) (KHP)

**ORDER TO SEAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On February 16, 2021 Defendant HTC Corporation ("HTC") filed a motion to seal portions of seven contracts submitted in conjunction with HTC's motion for summary judgment. (ECF No. 89.) On March 9, 2021 this Court held that the proposed redactions were too broad and ordered HTC to submit revised redactions narrowly tailored to protect the privacy interests of the parties to the contracts at issue. (ECF No. 116.) On March 23, 2021 HTC submitted the revised proposed redactions. (ECF Nos. 117-18.)

        The Court, having reviewed HTC's submission, finds that the revised redactions are narrowly tailored to protect legitimate business and privacy interests and to avoid competitive harm that would result from disclosure, consistent with the Second Circuit's standard for the sealing of judicial documents set forth in *Lugosch v. Pyramid Co.*, 435 F.3d 110 (2d Cir. 2006).

**CONCLUSION**

Accordingly, and for the reasons already set forth in the Court's Opinion and Order at ECF No. 116, the Court hereby grants HTC's motion to seal. The Court respectfully requests that the Clerk of Court ensure that the documents filed at ECF No. 118 remain under seal.

**SO ORDERED.**

DATED: New York, New York
June 7, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge