November 8, 2024

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

      Re:     *WiAV Solutions Inc. v. HTC Corp.,* 18-cv-2595 (S.D.N.Y.) ("*WiAV I*")
              *WiAV Solutions Inc. v. HTC Corp.,* 19-cv-4978 (S.D.N.Y.) ("*WiAV II*")

Dear Judge Gardephe:

We represent the parties in the above-captioned actions. On September 12, 2024, the Court dismissed these actions in light of a settlement agreement reached before the Honorable Katharine Parker and gave the parties 30 days to notify the Court if the settlement was not consummated (*WiAV I,* ECF No. 123; *WiAV II,* ECF No. 134). The parties previously sought and the Court previously granted the parties an additional 30 days to reduce their settlement to writing (*WiAV I,* ECF Nos. 124 and 125; *WiAV II,* ECF Nos. 135 and 136). The parties are very close to finalizing their agreement, but require additional time to do so. Accordingly, the parties respectfully request that the Court give the parties an additional 30 days—to and including December 11—to consummate the settlement.

                              Respectfully,

| | |
|---|---|
| /s/ Michael M. Fay | /s/ Jonathan D. Pressment |
| Michael M. Fay | Jonathan D. Pressment |
| BOIES SCHILLER FLEXNER LLP | BAKER HOSTETLER LLP |
| 55 Hudson Yards | 45 Rockefeller Plaza |
| New York, NY 10001 | New York, NY 10111 |
| Tel.: 212-446-2300 | Tel.: 212-847-2835 |
| Email: mfay@bsfllp.com | Email: jpressment@bakerlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Date: November 12, 2024